# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Gerald Charles deLaunay
Attorney at Law
P. O. Box 53597
Lafayette LA 70505-2594

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 13, 2022

## REHEARING ACTION: April 13, 2022

**Docket Number: 21   00548-CA**

**HIDDEN GROVE, LLC**
**VERSUS**
**RICHARD A. BRAUNS AND LESLIE BRAUNS**

**Appealed from Lafayette Parish Case No. C-20134910**

**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Candyce G. Perret**
> **Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hidden Grove, LLC** has this day been

> **DENIED.**

cc: Patrick J. Briney, Counsel for the Appellant
    Brandon M. Verret, Counsel for the Appellant
    Kathryn T. Love, Counsel for the Appellant
    Scott M. Richard, Counsel for the Appellant
    James Lawrence Bullen, Counsel for the Appellant
    Michael Patrick Corry, Sr., Counsel for the Appellant
    Lauren L. Gardner, Counsel for the Appellant